# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CYPALEO, LLC, | § | |
| Plaintiff, | § § § | |
| vs. | § § | Case No: 2:16-cv-00948-JRG-RSP |
| POLYCOM, INC. | § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Cypaleo, LLC's motion to dismiss with prejudice Defendant Polycom, Inc. pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice.

**SIGNED this 14th day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE